B6D (Official Form 6D) (12/07)

In re *Roine del Risco*                                              ,    Case No. *8:13-bk-04207*
            **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *2797*  *Creditor # : 1*  *Cap1/suzki*  *Po Box 5253*  *Carol Stream IL 60197* | | *2008-09-26*  *Motorcycle loan*  *Motorcycle Suzuki 2007*  Value: *$ 3,950.00* | | | | *$ 7,836.00* | *$ 3,886.00* |
| Account No: *2797*  *Representing:*  *Cap1/suzki* | | *HSBC Retaill Services*  *Dept 7680*  *Carol Stream IL 60116-7680*  Value: | | | | | |

*2*  continuation sheets attached

Subtotal $ (Total of this page)   *$ 7,836.00*   *$ 3,886.00*

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re *Roine del Risco*                                                    ,    Case No. *8:13-bk-04207*
                    **Debtor(s)**                                                     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *2797*  *Representing:*  *Cap1/suzki* | | *HSBC Retaill Services*  *O.O. Box 5253*  *Carol Stream IL 60197-5253*  Value: | | | | | |
| Account No: *2797*  *Representing:*  *Cap1/suzki* | | *HSBC Retail Services*  *PO Box 5893*  *Carol Stream IL 60197-5893*  Value: | | | | | |
| Account No: *0000*  *Creditor # : 2*  *Doug Belden, Hillsborough County Tax Collector*  *PO Box 30012*  *Tampa FL 33630* | J | *Property Taxes*  *House at 2916 West Kathleen Street, Tampa FL 33607*  Value: *$ 51,131.00* | | | | *$ 428.26* | *$ 428.26* |
| Account No: *7891*  *Creditor # : 3*  *Ocwen Loan Servicing L*  *12650 Ingenuity Dr*  *Orlando FL 32826* | J | *2007-02-13*  *House at 2916 West Kathleen Street, Tampa FL 33607*  Value: *$ 51,131.00* | | | | *$ 154,852.00* | *$ 103,721.00* |
| Account No: *7891*  *Representing:*  *Ocwen Loan Servicing L* | | *Ocwen Loan Servicing LLC*  *PO Box 6440*  *Carol Stream IL 60197-6440*  Value: | | | | | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ *$ 155,280.26*    *$ 104,149.26*
(Total of this page)
Total $
(Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

**B6D (Official Form 6D) (12/07) - Cont.**

In re *Roine del Risco*                                                                ,    Case No. *8:13-bk-04207*
                      **Debtor(s)**                                                                                   **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *7891* <br><br> *Representing:* <br> *Ocwen Loan Servicing L* | | *Ocwen Loan Servicing, LLC*<br>*P.O. Box 24781*<br>*West Palm Beach FL 33416*<br><br>Value: | | | | | |
| Account No: *7891* <br><br> *Representing:* <br> *Ocwen Loan Servicing L* | | *Ocwen Loan Servicing, LLC*<br>*P.O. Box 24738*<br>*West Palm Beach FL 33416*<br><br>Value: | | | | | |
| Account No: *7891* <br><br> *Representing:* <br> *Ocwen Loan Servicing L* | | *Elizabeth Wellborn PA*<br>*1701 West Hillsboro Blvd*<br>*Suite 307*<br>*Deerfield Beach FL 33442*<br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

**Subtotal $** (Total of this page)    *$ 0.00*    *$ 0.00*

**Total $** (Use only on last page)    *$ 163,116.26*    *$ 108,035.26*

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)